UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JAI SAI BABA LLC, *et al.*,      :
        Plaintiffs,      :
              :
    v.      :      No. 5:20-cv-02823
              :
CHOICE HOTELS INTERNATIONAL INC. and   :
CHOICE HOTEL OWNERS COUNCIL,      :
        Defendants      :

_____

# O R D E R

**AND NOW**, this 19th day of March, 2021, upon consideration of Defendants' Motion to Compel Arbitration and Stay Proceedings, the responses thereto, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.      The Motion to Compel Arbitration and Stay Proceedings, ECF No. 8, is **GRANTED**.

2.      Plaintiffs are **DIRECTED** to individually submit all of their claims against both Defendants to binding arbitration pursuant to the terms of their Franchise Agreements.

3.      The above-captioned action is **STAYED** pending the outcome of the arbitrations.

4.      Defendants are to submit a status report to the Court on **the first day of each month, commencing on June 1, 2021, and every other month thereafter**, to report on the status of this case, including but not limited to the dates scheduled for the arbitrations and the outcome of any completed arbitrations.

5.      **Within thirty days of the completion of all arbitration proceedings**, both parties are directed to notify the Court that the arbitrations have concluded and that the above-captioned action is ready to proceed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge